Kerry C. Fowler (State Bar No. 228982)
kcfowler@jonesday.com
Ashley E. Sarkozi (State Bar No. 316690)
asarkozi@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

Brianne J. Kendall (State Bar No. 287669)
bkendall@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PENA, Individually, and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-01222<br><br>[Removal of Orange County Superior Court, Case No. 30-2022-01261828-CU-BT-CXC]<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441**<br><br>**FEDERAL QUESTION JURISDICTION** |

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files a Notice of Removal for the above-captioned action to this Court:

In further support of this Notice of Removal, Experian states:

1. Experian is a named Defendant in Civil Action No. 30-2022-01261828-

1  CU-BT-CXC filed by plaintiff Jose Pena ("Plaintiff") in the Superior Court of California, County of Orange (the "State Court Action").

2. The Complaint ("Complaint") in the State Court Action was filed with the Clerk of the Superior Court for the State of California, County of Orange, on May 23, 2022. Defendant Experian was served with the Complaint on June 3, 2022.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiffs' Complaint setting forth the claims for relief upon which Plaintiffs' action is based. *See* 28 U.S.C. § 1446(b).

4. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.

5. This Court is the proper district court for removal because the State Court Action is pending within this district.

6. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, record of electronic filings with the Court, and orders in the State Court Action are individually attached hereto. To the best of Experian's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

7. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8. The claims of relief alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be

1  removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

2      9.    To the extent Plaintiff's Complaint states causes of action that are not based on federal law, this Court has supplemental jurisdiction. This is because any such claims: (i) arise from the same set of operative facts that underlie Plaintiff's FRCA claims; and (ii) relate to the same subject matter; namely, information contained in his credit reports. Accordingly, Plaintiff's state-law claims are related to his federal question allegations, thereby forming a part of the "same case and controversy" pursuant to 28 U.S.C. § 1367(a).

    10.    By filing this Notice of Removal, Experian does not waive any defense to the Complaint, including but not limited to lack of service, improper service, or lack of personal jurisdiction.

    11.    Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Experian notices the removal of this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1441 *et seq*.

Dated: June 27, 2022

JONES DAY

By: */s/ Kerry C. Fowler*
    Kerry C. Fowler

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.